### MALINDA DONALDSON v. ALEX. DONALDSON'S ADM'R, ET AL.

**Dower—Homestead.**

> A widow is not entitled to a homestead in addition to dower.

**Allotting Dower.**

> A homestead allotted to a widow and infant children shall be esti-
> mated in allotting dower, and if the dower allotted is not equal in value
> to a homestead that fact should have been made to appear in order to
> show that the widow was prejudiced by the failure to allot to her a
> homestead.

#### APPEAL FROM BATH CIRCUIT COURT.

October 23, 1877.

OPINION BY JUDGE COFER:

The statute provides that a homestead allotted to a widow and
infant children shall be estimated in allotting dower. Sec. 13, Art.
73, Chap. 38, Gen. Stat.

Dower was allotted to the appellant, and neither her exceptions to
the commissioner's report nor her answer suggests that the dower
allotted is not of the value of $1000. There is therefore nothing to
show that she has been prejudiced by the failure to allot to her a
homestead. She is not entitled to a homestead in addition to dower.

If the dower allotted was not equal in value to a homestead that
fact should have been made to appear.

Judgment *affirmed.*

*B. D. Lacy, for appellant. H. L. Stone, for appellees.*